**FILED**
Jun 21 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ GloriaVocal       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>TORRENCE IVY HATCH,<br>  aka "Boosie,"<br>  aka "Lil Boosie,"<br>  aka "Boosie Badazz,"<br><br>             Defendant. | Case No. '23 CR1201 CAB<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm and Ammunition |

The grand jury charges:

On or about May 6, 2023, within the Southern District of California, defendant TORRENCE IVY HATCH, aka "Boosie," aka "Lil Boosie," aka "Boosie Badazz," and knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Glock 19 pistol bearing serial number BXPZ813 loaded with nine 9-millimeter caliber rounds of ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: June 21, 2023.

RANDY S. GROSSMAN
United States Attorney

By: /s/ signature
MICHAEL G. WHEAT
SANDOR A. CALLAHAN
Assistant U.S. Attorneys

MGW:nlv(1):San Diego:6/20/23