MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

Attorney for TORRANCE HATCH

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TORRANCE HATCH,<br><br>    Defendant. | No. 23-CR-1201-CAB<br><br>DEFENDANT'S NOTICE OF FILING OF DISTRICT COURT ORDER FROM THE CENTRAL DISTRICT OF CALIFORNIA GRANTING MOTION TO DIMISS 922(G)(1) COUNT AND DENYING GOVERNMENT MOTION TO HOLD MOTION TO DISMISS IN ABEYANCE |

    Defendant Torrance Hatch, by and through his counsel of record, files the attached order from Judge Holcomb in the Central District of California (1) granting defendant's motion to dismiss a 922(g)(1) ("felon in possession") count and (2) denying the government's motion to hold the defendant's motion to dismiss in abeyance. The attached order was publicly filed moments ago. It is counsel's belief this order marks the first time a District Court in California has ruled on a motion to dismiss a 922(g)(1) count following *United States v. Rahimi* and *United States v. Duarte.*

1

Respectfully Submitted,


*//s// Meghan Blanco*
MEGHAN BLANCO
COUNSEL FOR DEFENDANT