# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 2 2024
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____A1_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>vs.<br><br>TORRANCE IVY HATCH (1),<br><br>                                   Defendant. | Case No. 23-CR-1201-CAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☒ the Court has granted the motion of the defendant for dismissal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:922(g)(1) - Felon in Possession of a Firearm and Ammunition

Dated: 7/12/2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge