TARA K. MCGRATH
United States Attorney
ASHLEY KAINO-ALLEN
Texas Bar No.: 24099412
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-8835
ashley.kaino-allen@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TORRANCE IVY HATCH,<br><br><br>          Defendant. | Case No.: 23-CR-1201-CAB<br><br>UNITED STATES' MOTION TO VACATE THE ORDER GRANTING THE RETURN OF DEFENDANT'S PASSPORT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney and Ashley Kaino-Allen, Assistant United States Attorney, hereby asks the Court to vacate the order signed by the Honorable Allison H. Goddard requiring United States Pretrial Services to return Defendant's passport, ECF Number 86.

Defendant's passport should not be released because, on July 19, 2024, Defendant was re-indicted and an arrest warrant has been issued in case number 24-CR-1508-CAB for the charge of Felon in Possession of a Firearm and Ammunition in addition to Unlawful User/Addict in Possession of a Firearm and

Ammunition in violation of 18 U.S.C. § 922(g)(1) and (g)(3). The United States requests that the passport remain in the custody and control of United States Pretrial Services.

DATED: July 22, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*Ashley Kaino-Allen*

ASHLEY KAINO-ALLEN
Assistant U.S. Attorney