# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TORRANCE IVY HATCH, <br><br> Defendant. | Case No.: 23-CR-1201-CAB <br><br> ORDER ON UNITED STATES' MOTION TO VACATE THE ORDER RETURNING DEFENDANT'S PASSPORT |

The United States' motion to vacate the order returning Defendant's passport in ECF Number 86 is DENIED. Pretrial Services shall return Defendant's passport, if they have not done so already, based upon the order issued on July 18, 2024, at docket no. 86.

IT IS SO ORDERED.

Dated: 7/22/2024

HON. CATHY ANN BENCIVENGO
United States District Judge